■ LOAFIN' TREE RESTAURANT, INC., Appellant, v ALFRED L. PARDI, Respondent. (Appeal No. 1.)—Appeal dismissed without costs. All concur, Pine, J., not participating. Memorandum: After granting plaintiff's motion for renewal and reargument, Supreme Court adhered to its original determination. The order entered on renewal and reargument superseded the original order on this appeal, and the appeal from the original order must be dismissed *(see, Public Serv. Truck Renting v Ambassador Ins. Co., 136 AD2d 911; Marine Midland Bank v Fisher, 85 AD2d 905)*. (Appeal from order of Monroe County Court, Wisner, J.—arbitration.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.

■ LOAFIN' TREE RESTAURANT, INC., Appellant, v ALFRED L. PARDI, Respondent. (Appeal No. 2.)—Order affirmed with costs. All concur, Pine, J., not participating. Memorandum: The arbitrator's failure, during the course of a hearing, to disclose the nature of his relationship with relatives of counsel for the defendant was sufficient to demonstrate the appearance of partiality. Thus, Supreme Court correctly determined that the arbitration award should be vacated *(see, Matter of Stevens & Co. [Rytex Corp.], 34 NY2d 123; Matter of Colony Liq. Distribs. [Local 669], 34 AD2d 1060, affd 28 NY2d 596)*. The "new evidence" submitted by plaintiff on its motion to renew or reargue did not materially change the factual basis for the court's initial determination, and thus, adherence to the original determination was proper. (Appeal from order of Monroe County Court, Wisner, J.—renewal.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.